IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re Ismael Diaz Perez
Irma Diaz Perez

Debtor

Case No. 09-05283 .MCF

2013 APR -2 AM 9:40

APPLICATION FOR PAYMENT OF UNCLAIMED MONIES TO CLAIMANT

There having been an unclaimed funds check in the above-named case issued to Ismael Diaz Perez, Irma Diaz Perez whose mailing address is now HC-1 Box 2243 Sabana Hoyos PR 00688, in the amount of $ 3,000, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code delivered this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the rightful payee listed above.

Date
2-4-13

Respectfully submitted,
[signature]

Address:
HC-1 Box 2243
Sabana Hoyos PR 00688

Social Security # 4038 /6783
Telephone: 787-881-3513

ORIGINAL - WHITE COPY • FINANCE - YELLOW COPY • CLAIMANT - PINK COPY

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re: Ismael Diaz Perez
Irma Diaz Perez

Debtor

Case No. 09-05283 MCF

## CERTIFICATE OF SERVICE TO US ATTORNEY

I hereby certify that on this same date, copy of this motion has been sent to the U.S. Attorney to the following address, Torre Chardón Suite 1201, 350 Carlos Chardón Ave. San Juan, Puerto Rico 00918.

In San Juan, Puerto Rico this 2 day of April, 2013.

_____
Signature


