IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ISMAEL DIAZ PEREZ

IRMA DIAZ PEREZ

XXX-XX-4038

XXX-XX-6783

Debtor(s)

CASE NO. 09-05283 MCF

Chapter 13

FILED & ENTERED
APR 22 2013
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

ORDER

The application for payment of unclaimed funds filed by Ismael Diaz Perez and Irma Diaz Perez, for the amount of $3,000.00 (docket entry #47) is hereby granted. The Clerk shall disburse the amount of $3,000.00 to Ismael Diaz Perez and Irma Diaz Perez in case no. 09-05283.

SO ORDERED.

San Juan, Puerto Rico, this 22nd day of April, 2013.

Mildred Caban Flores
U. S. Bankruptcy Judge

C: DEBTORS
JAIME RODRIGUEZ RODRIGUEZ
ALEJANDRO OLIVERAS RIVERA
FINANCE DEPT